**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 76 MM 2017

                 Respondent   :

          v.   :

TAHIJ A. JOHNSON,   :

                 Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of June, 2017, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.